UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2019

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Herzog, Forrest Walker | Docket No. | 0980 2:19CR00111-WFN-12 |

**Petition for No Action on Conditions of Pretrial Release**

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Forrest Walker Herzog, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 17th day of July 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Forest Walker Herzog is alleged to have tested positive for methamphetamine on or before July 22, 2019.

On July 22, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Herzog. He acknowledged an understanding of his conditions, which included standard condition number 9.

On July 22, 2019, Mr. Herzog reported to the probation office for pretrial supervision intake. On this date, Mr. Herzog submitted to a drug screen which returned presumptive positive for methamphetamine. Mr. Herzog signed the admission/denial drug use form admitting to having used this substance on July 17, 2019. As a result of this non-compliance, the defendant was referred to Social Treatment Opportunity Programs (STOP) in Moses Lake, Washington, for drug and alcohol treatment. He has been found in need of inpatient drug and alcohol treatment. The counselor at STOP submitted a referral for inpatient treatment at Sundown M Ranch in Selah, Washington. He is currently waiting to get approved for treatment. Mr. Herzog has been referred to STOP for random urinalysis testing. Further, on July 30, 2019, Mr. Herzog submitted to a drug screen which returned negative for all substances.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: August 12, 2019 |
| by | s/Jose Zepeda |
| | Jose Zepeda<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

August 12, 2019
_____
Date