FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FOREST WALKER HERZOG,<br><br>Defendant. | No. 2:19-CR-00111-WFN-12<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 298** |

Before the Court is Defendant's Motion to Modify Conditions of Release, ECF No. 298. Neither the United States, nor the United States Probation/Pretrial Services Office oppose the motion. Specifically, Defendant requests that Condition No. 28, which requires that Defendant participate in electronic monitoring, be stricken. For the reasons set forth in the motion;

**IT IS HEREBY ORDERED:**

1. The Motion to Modify Conditions of Release (**ECF No. 298**) is **GRANTED**.

2. Condition No. 28 (**ECF No. 162**) shall be **STRICKEN**.

ORDER - 1

3. All other conditions of pre-trial release shall remain in effect.

DATED September 27, 2019.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2